**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00706-RBJ

WENDUO GUO, derivatively on behalf of Clovis Oncology Inc.,

      Plaintiff,

v.

PATRICK J. MAHAFFY,
DANIEL W. MUEHL,
GILLIAN C. IVERS-READ,
M.JAMES BARRETT,
BRIAN G. ATWOOD,
JAMES C. BLAIR,
PAUL H. KLINGENSTEIN,
EDWARD J. MCKINLEY,
THORLEF SPICKSCHEN,
KEITH FLAHERTY,
GINGER L. GRAHAM,
ERLE T. MAST, and
ANDREW R. ALLEN,

      Defendants,

and

CLOVIS ONCOLOGY, INC., a Delaware corporation,

      Nominal Defendant.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDER [ECF No. 47] of Judge R. Brooke Jackson entered on September 29, 2020, it is

ORDERED that the defendants' Motion to Dismiss [ECF No. 40] is GRANTED. It is

FURTHER ORDERED that Count I, violation of Section 14(a) of the Securities Act 14, is dismissed with prejudice and Count II, breach of fiduciary duty, is dismissed without prejudice and with leave to refile in the Delaware Court of Chancery. It is

FURTHER ORDERED that the defendants are awarded reasonable costs to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of September, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  J. Dynes
_____
J. Dynes
Deputy Clerk